# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **REQUEST FOR TRAVEL** |
| vs. | ) | |
| | ) | |
| Ricardo Augustus Bryan, | ) | Case No.: 4:12-cr-175 |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is a "Request for Out of State Travel" filed by defendant Ricardo Augustus Bryan on November 3, 2014. Defendant requests permission to travel to his cousin's wedding celebration in Paterson, New Jersey from November 7, 2014 through November 11, 2014. The government does not oppose defendant's request.

The court **GRANTS** defendant's motion (Docket No. 510) and **ORDERS** that defendant may travel as requested.

Dated this 3rd day of November, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr., Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court