# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ricardo Augustus Bryan, | ) | |
| | ) | Case No. 4:12-cr-175-20 |
| Defendant. | ) | |

Defendant was ordered to surrender his passport to the Pretrial Services Office in Fort Lauderdale, Florida, as a condition of his release pending final disposition of this matter. On September 4, 2015, defendant filed a "Request for Authorization for Release of Passport or Alternatively Copy of Passport." Averring that a prospective employer requires a copy of his passport, he asks the court to order the Pretrial Services Office to either return his passport or provide him with a copy of it.

The court **GRANTS** defendant's request (Docket No. 689) in part; the Pretrial Services Office in Fort Lauderdale, Florida, is directed to provide defendant with a copy of his passport.

**IT IS SO ORDERED.**

Dated this 21st day of September, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court